UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **DEBORAH A. AYCOCK AND RONALD R. AYCOCK** | * | **CIVIL ACTION NO. 15-01675** |
| **VS.** | * | **JUDGE S. MAURICE HICKS** |
| **POSADOS CAFÉ, INC.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

In accordance with memorandum ruling issued this date,

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiffs' unopposed motion for partial summary judgment is GRANTED, as no genuine issue of material fact exists to dispute that (1) Deborah A. Aycock's burst fracture at L1 was not caused by her fall at Posados Café, Inc. in December 2014; and (2) the surgery performed by Dr. Jessica Wilden in September 2015 was not made necessary by Deborah A. Aycock's fall at Posados Café, Inc. in December 2014.

In Chambers, at Monroe, Louisiana, this 23rd day of September, 2016.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE